# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162545(4)

JOHN O'BRIEN,
        Plaintiff,

v                                       SC: 162545

BOARD OF LAW EXAMINERS,
        Defendant.
_____/

      On order of the Chief Justice, the motion of defendant to seal the record is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2021           

                                       Clerk